# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BRITTANY GRONEFELD,,

    Plaintiff,

v.

FROM THE HEART HOME
HEALTH CARE, LLC,

    Defendant.

Case No. 2:23-cv-12911
Judge Sean F. Cox

## ORDER OF DISMISSAL WITH PREJUDICE

A stipulation having been filed and the Court being fully advised in the matter;

IT IS HEREBY ORDERED that the above-captioned is dismissed with prejudice, with each party to bear its own costs.

IT IS FURTHER ORDERED that this Order resolve the last pending claim in this matter and closes the case.

Dated: May 14, 2024

s/Sean F. Cox
Sean F. Cox
U. S. District Judge